```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Melvin C. Graham

    v.                                                  Case No. 23-cv-205-LM-AJ

NH, State of

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: June 3, 2024

cc: Melvin C. Graham, pro se