UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Melvin C. Graham

        v.                                Case No. 23-cv-205-LM-AJ

NH, State of

<u>JUDGMENT</u>

    In accordance with the order by Chief Judge Landya B. McCafferty dated June 3, 2024, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023, judgment is hereby entered.

By the Court:

Daniel J. Lynch
Clerk of Court

Date: June 4, 2024

cc: Melvin C. Graham, pro se